UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-144-SMJ-6 |
| Plaintiff, | ORDER DENYING WITH LEAVE TO RENEW MOTION TO TRAVEL |
| vs. | |
| JOSHUA M. TERPSTRA, | |
| Defendant. | |

Before the Court is Defendant's Motion to Allow Work-Related Travel, ECF No. 383.  In his Declaration, defense counsel states the United States has no objection to Pretrial Services authorizing travel for work-related purposes, and that Defendant's supervising Pretrial Services Officer "agrees with the request."

Defendant's Motion, **ECF No. 383,** is **DENIED with leave to renew**.  In Defendant's renewed motion, he should give the name of the current employer or whether he is self-employed, the nature of the work Defendant performs, and some indication of the scope of the request.  Information regarding the frequency of travel, the duration of travel, the travel destination(s), and how far in advance the travel is scheduled would assist the Court in making an informed ruling.

**IT IS SO ORDERED.**

DATED May 18, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1