FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA M. TERPSTRA,<br><br>Defendant. | No. 2:15-CR-144-SMJ-6<br><br>ORDER GRANTING AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ECF 391 |

Before the Court is Defendant's Amended Motion to permit out-of-district work, ECF No. 391. No party opposing the Motion, and the Court being fully advised in the premises, the court **GRANTS** the motion. Accordingly,

It is **ORDERED** that the terms and conditions of Defendant's pretrial release are modified to permit Defendant to travel outside the Eastern District of Washington *provided* such travel is approved in advance by Pretrial Services, and defendant provides contact information to Pretrial Services prior to leaving the district, and the travel is necessary for employment.

All other terms and conditions of pretrial release not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 20, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1