PROB 12C  
(6/16)

Report Date: September 18, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua M. Terpstra      Case Number: 0980 2:15CR00144-SMJ-6

Address of Offender:      Spokane, WA, 99202

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 9, 2016

Original Offense:      Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344

Original Sentence:      Prison - 1 day      Type of Supervision: Supervised Release
                         TSR - 24 months

Asst. U.S. Attorney:      Allyson Edwards      Date Supervision Commenced: August 9, 2016

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: August 8, 2018

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

4      **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: On August 12, 2016, Mr. Terpstra's conditions of supervised released were explained to him. On July 17, 2017, the undersigned officer reviewed the conditions of supervision again with Mr. Terpstra. He verified he still understood all of his conditions.

     On August 29, 2017, the undersigned officer called Mr. Terpstra and he disclosed his continued use of methamphetamine. Mr. Terpstra was directed to report to the U.S. Probation Office on August 30, 2017.

     Mr. Terpstra reported as directed and signed a drug use admission form stating he used methamphetamine from August 23 to August 29, 2017.

| | |
|---|---|
| 5 | **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 12, 2016, Mr. Terpstra's conditions of supervised released were explained to him. On July 17, 2017, the undersigned officer reviewed the conditions of supervision again with Mr. Terpstra. He verified he still understood all of his conditions.

On September 6, 2017, Mr. Terpstra reached out to the undersigned officer and asked to have a meeting. A meeting was scheduled for September 8, 2017.

Mr. Terpstra reported on September 8, 2017, and disclosed he used methamphetamine on August 30, 2017, and September 2 through September 8, 2017.

He signed a drug use admission form reflecting these dates of illegal drug use.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/18/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

09/18/2017
Date