# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua M. Terpstra | Case Number: 0980 2:15CR00144-SMJ-6 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99006 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 9, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344 | |
| Original Sentence: | Prison - 1 day<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: August 9, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 8, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 12, 2016, Mr. Terpstra's conditions of supervised released were reviewed. On July 17, 2017, the undersigned officer reviewed the conditions of supervision again for Mr. Terpstra. He verified he still understood all of his conditions.<br><br>On July 17, 2017, Mr. Terpstra was directed to report to the United States Probation Office to supply a random urine sample. He reported as directed and supplied a urine sample that tested presumptive positive for methamphetamine. Mr. Terpstra initially denied any use, but after further conversation he self-disclosed he relapsed on July 14, and 17, 2017.<br><br>Mr. Terpstra signed a drug use admission form stating he used methamphetamine on July 14, and July 17, 2017. |

2      **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 12, 2016, Mr. Terpstra's conditions of supervised released were reviewed. On July 17, 2017, the undersigned officer reviewed the conditions of supervision again for Mr. Terpstra. He verified he still understood all of his conditions.

Due to Mr. Terpstra's self-disclosed methamphetamine use on July 17, 2017, he was directed to begin calling the urinalysis hotline at Alcohol Drug Education Prevention Treatment, Inc. (ADEPT). He was instructed to listen for the color "Brown 2" and report to ADEPT between 7 a.m. and 7 p.m. if that color was called, to submit a urine sample.

On July 31, 2017, the color "Brown 2" was called, and Mr. Terpstra failed to supply a urine sample. He was directed to report to the United States Probation Office to supply a urine sample on August 8, 2017.

Mr. Terpstra reported as directed and supplied a urine sample. He self-disclosed to this officer he used methamphetamine again on August 8, 2017. Mr. Terpstra was directed to report to ADEPT in order to schedule an assessment.

3      **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 12, 2016, Mr. Terpstra's conditions of supervised released were reviewed. On July 17, 2017, the undersigned officer reviewed the conditions of supervision again for Mr. Terpstra. He verified he still understood all of his conditions.

Mr. Terpstra was directed to report to the United States Probation Office on August 23, 2017. The undersigned officer requested he supply a random urine sample at the office on this date. Mr. Terpstra supplied a sample that tested presumptive positive for methamphetamine. The results were sent to Alere Toxicology Labs.

Mr. Terpstra self-disclosed using methamphetamine on August 21, 2017. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/28/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

08/29/2017

Date